**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jerry Holman, | Case No.: 2:20-cv-02270-JAD-DJA |
| Petitioner | |
| v. | **Order Dismissing Action** |
| Calvin Johnson, | [ECF No. 1] |
| Respondent | |

Pro se petitioner Jerry Holman brings this habeas corpus petition under 28 U.S.C. § 2254. Holman has not filed an application to proceed *in forma pauperis* or paid the filing fee. As a result, this matter has not been properly commenced and I dismiss it on that basis.[1]

IT THEREFORE IS ORDERED that **this action is DISMISSED** without prejudice to the petitioner's ability to file a habeas petition under 28 U.S.C. § 2254 on the form required by this court in a new action with either (1) the $5.00 filing fee or (2) a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

IT FURTHER IS ORDERED that a certificate of appealability is denied, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**The Clerk of Court is directed to SEND** petitioner two copies each of an application form to proceed in forma pauperis for incarcerated persons and a noncapital Section 2254 habeas

---

[1] 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2.

1  petition form, one copy of the instructions for each form, and a copy of the papers that he
2  submitted in this action; **ENTER FINAL JUDGMENT; and CLOSE THIS CASE.**
3      Dated: January 6, 2021

_____
U.S. District Judge